Nashua District Court
No. 7425

STATE OF NEW HAMPSHIRE

v.

ALFRED JARRET

September 30, 1976

*David H. Souter,* attorney general, and *Richard B. McNamara,*
attorney *(Mr. McNamara* orally), for the State.

*New Hampshire Legal Assistance, Public Defender Service, James E.
Duggan,* by brief and orally, for the defendant.

PER CURIAM.  Defendant had been charged with violation of
RSA 318:B-26 I (b) (2) (Supp. 1975) *i.e.,* possession of controlled
drug. After hearing, his motion to suppress was denied and the
question raised by defendant's exception was transferred by
*Harkaway,* J.
   The defendant, who was sitting on the grass off Lowell Road in
Hudson, attempting to hitchhike a ride, was approached by a
police officer. The court found that the defendant appeared un-
well and that the officer made certain inquiries of him, including
his name, to which the defendant replied "Fred." When the de-
fendant was unable to produce requested identification, the court
found that the officer took him into custody to find out who he
was, where he lived and what was wrong with him. The court also
found that while the defendant was being transported to the
police station, the officer observed him take something from his
pocket and place it behind the cushions of the rear seat. Upon
arrival at the station, a search was made behind the seat and am-
phetamine pills were found. These pills were the subject of the
motion to suppress.
   We find nothing illegal about the police searching their own
cruiser for something which the defendant had abandoned there.
*Hester v. United States,* 265 U.S. 57 (1924); *Abel v. United States,* 362

U.S. 217 (1960). The motion to suppress was therefore properly denied.

*Exception overruled.*